■ NOB HILL CONDOMINIUM, SECTION I, Appellant, v SUSAN GARRAHAN, Respondent. [830 NYS2d 664]—In an action to permanently enjoin the defendant from engaging in alterations, renovations, or improvements to her condominium unit without prior consent from the condominium board of managers, the

plaintiff appeals from an order of the Supreme Court, Suffolk County (Pitts, J.), dated November 14, 2005, which denied its motion for a preliminary injunction.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the issuance of a preliminary injunction was not warranted. Mastro, J.P., Krausman, Florio and Balkin, JJ., concur.